IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HP TUNERS LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:18-cv-01960 |
| | ) | |
| MATTHEW HAUFFE | ) | |
| | ) | |
| Defendant | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's April 16, 2019, minute order, the parties provide this joint status report regarding their pre-settlement discussion efforts.

Defendant Hauffe has provided certain information to Plaintiff HP Tuners LLC this week and is preparing additional information by early next week. In order to allow the production of the remaining information and for the parties to discuss the case in light of that information, we jointly request that the Court move the status conference currently scheduled for May 21, 2019 by twenty eight days to a date on or after June 18, 2019, at the Court's convenience.

Dated: May 15, 2019

Respectfully submitted,

*s/ Andrew P. Bleiman*
Andrew P. Bleiman, ARDC 6255640
Marks & Klein
1363 Shermer Road, Suite 318
Northbrook, Illinois 60062
(312) 206-5162
andrew@marksklein.com

***Attorney for Plaintiff HP Tuners LLC***

1

<u>*s/* R. David Donoghue</u>
R. David Donoghue
HOLLAND & KNIGHT LLP
131 South Dearborn Street, 30th floor
Chicago, IL 60603
Tel: (312) 263-3600
Fax: (312)578-6666
david.donoghue@hklaw.com

***Attorney for Defendant Matthew Hauffe***

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on May 15, 2019, a copy of the foregoing paper entitled **JOINT STATUS REPORT** was filed with the Clerk of Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*s/ R. David Donoghue*
R. David Donoghue
