## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

HP Tuners LLC

                        Plaintiff,

v.                                                  Case No.: 1:18−cv−01960
                                                    Honorable Charles P. Kocoras

Matthew Hauffe

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 20, 2019:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Status hearing held on 6/20/19 and continued to 7/29/19 at 10:00 a.m. The parties are continuing to exchange information and discuss the possibility of resolving the case themselves. Mr. Fishbein appeared on behalf of Plaintiff. If Mr. Fishbein plans to continue to appear as counsel for Plaintiff, he shall file his appearance of record. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.