

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**219 SOUTH DEARBORN STREET**
**CHICAGO, ILLINOIS 60604**

# NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name   R. David Donoghue

Firm    Holland & Knight LLP

Street Address   150 N. Riverside Plaza, Suite 2700

City/State/Zip Code   Chicago, IL 60606

Phone Number   312-578-6553

Email address  david.donoghue@hklaw.com

ARDC (Illinois State Bar members, only)  6273840

If you have previously filed an appearance with this court using a different name, enter that name.


List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 16-cv-11294 | Reliford v. Dart, et al. | Andrea R. Wood |
| 15-cv-10734 | Catilina Nominees Proprietary | Andrea R. Wood |
| 18-cv-1960 | HP Tuners LLC v. Matthew H | Charles P. Kocoras |
| | | |
| | | |
| | | |

/s/ R. David Donoghue

Signature of Attorney

June 27, 2019

Date