# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

HP Tuners LLC

                Plaintiff,

v.                                 Case No.: 1:18–cv–01960

                                           Honorable Charles P. Kocoras

Matthew Hauffe

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 26, 2019:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Status hearing held on 9/26/19 and continued to 10/22/19 at 9:00 a.m. If the parties are close to finalizing settlement, counsel may jointly notify the Court's courtroom deputy via email and the Court will strike the next status hearing. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.