UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HP TUNERS, LLC, a Nevada limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>MATTHEW HAUFFE, an individual,<br><br>    Defendant. | CASE NO.: 1:18-cv-01960<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

    **THIS MATTER** in difference having been amicably adjusted by and between HP Tuners, LLC and Matthew Hauffe, it is now Stipulated and agreed that the above-captioned action be and is hereby ***DISMISSED*** with prejudice.

| | |
|---|---|
| **MARKS & KLEIN, LLP** | **HOLLAND & KNIGHT LLP** |
| | |
| s/ Andrew P. Bleiman | s/ Robert David Donoghue |
| Andrew P. Bleiman, Esq. | Robert David Donoghue, Esq. |
| 1363 Shermer Road, Suite 318 | 150 N. Riverside Plaza, Suite 2700 |
| Northbrook, Illinois 60062 | Chicago, Illinois 60606 |
| T: (312) 206-5162 | T: (312) 578-6553 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |