## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

HP Tuners LLC

                        Plaintiff,

v.                                         Case No.: 1:18−cv−01960

                                                Honorable Charles P. Kocoras

Matthew Hauffe

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 13, 2019:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: In light of the parties' stipulation to dismiss [33], all matters relating to the referral of this case having been resolved, this matter is returned to the District Judge. Status hearing set for 12/17/19 before Magistrate Judge Gilbert is hereby stricken with no appearance required. Referral terminated. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.